**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 24, 2014.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-13-01010-CV

---

### RON VILOTTI, Appellant

### V.

### FIDELITY NATIONAL TITLE INSURANCE COMPANY AND CHICAGO TITLE COMPANY, Appellees

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCV-192096**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 5, 2013. On June 16, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.